

FILED

JUL 15 2009

CLERK, U.S. DISTRICT COURT
NORFOLK, VA



**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

LASHAWN PULLIE, #R53487-083,

       Petitioner,

v.                                   ACTION NO. 2:08cv442

PATRICIA STANSBERRY, Warden,

       Respondent.

## FINAL ORDER

    This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2241. The petition alleges that the Bureau of Prisons found the prisoner ineligible for early release based on an invalid federal regulation.

    The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for a Report and Recommendation. The Report and Recommendation of the Magistrate Judge was filed on June 23, 2009 [Doc. 13], recommending dismissal of the petition. By copy of the Report and Recommendation, each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. The Court has received no objections to the United States Magistrate Judge's Report and Recommendation, and the time for filing objections has expired.

    The Court does hereby accept the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge, filed June 23, 2009, and it is ORDERED, therefore, that the petition is DENIED and DISMISSED.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within 60 days from the date of entry of such judgment.

The Clerk shall mail a copy of this Final Order to Petitioner and to counsel of record for Respondent.

/s/

Raymond A. Jackson
United States District Judge

Norfolk, Virginia
July //, 2009

2